IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:10-cr-00240-LES-FG3** |
| vs. | ) | |
| | ) | **ORDER** |
| **TROY HARDENBROOK,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court pursuant to 28 U.S.C. § 636 and the referral of Judge Strom on the defendant's Motion to Dismiss [30] due to a violation of the Speedy Trial Act. Defendant requests dismissal of the indictment because more than 70 non-excludable days have elapsed since the filing of the indictment.

**IT IS ORDERED:**

1.  The government shall file a response to the Motion to Dismiss [30] on or before **November 8, 2010.**

2.  The government's response shall include a detailed and itemized calculation of the defendant's speedy trial deadline, covering the time from the filing of the indictment through the filing of the motion to dismiss. For each period of time allegedly excluded, the government shall provide a pinpoint citation to the applicable section of the Speedy Trial Act.

DATED October 26, 2010.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**