IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR240 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY HARDENBROOK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to set trial date (Filing No. 29), defendant's motion to dismiss (Filing No. 30, and the findings and recommendation of the magistrate judge (Filing No. 34). The Court has reviewed the findings and recommendation of the magistrate judge, together with plaintiff's brief in opposition to defendant's motion to dismiss (Filing No. 33), and finds the recommendation of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to set trial date is denied;

2) The findings and recommendation of the magistrate judge are approved and adopted.

3) The indictment (Filing No. 1) is dismissed without prejudice.

DATED this 3rd day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court